KAREN S. FRANK (No. 130887)
kfrank@howardrice.com
SIMON J. FRANKEL (No. 171552)
sfrankel@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SHABBY INC. d/b/a BOURBON STREET BAR AND GRILL and DAVID R. BENTLEY, individually, <br><br> Defendants. | No. CIV.S 05-4658 BZ <br><br> Action Filed: November 14, 2005 <br><br> PLAINTIFFS' REQUEST TO VACATE INITIAL CASE MANAGEMENT CONFERENCE; PROPOSED ORDER <br><br> Date: March 20, 2006 <br> Time: 4:00 p.m. <br> Location: Courtroom G, 15th Floor <br> Judge: Bernard Zimmerman |

On March 9, 2006, Plaintiffs filed a Motion for Default Judgment Against the Defendants. The Motion will be heard on April 19, 2006 at 10:00 a.m. The Court previously set an Initial Case Management Conference for March 20, 2006 at 4:00 p.m.

THEREFORE, IT IS REQUESTED by Plaintiffs Broadcast Music, Inc. et al., by and through their counsel of record, that the Court vacate the Initial Case Management Conference set for March 20, 2006 at 4:00 p.m.

DATED: March 10, 2006.

          KAREN S. FRANK
          SIMON J. FRANKEL
          HOWARD RICE NEMEROVSKI CANADY
              FALK & RABKIN
          A Professional Corporation

By:     /s/ *Karen S. Frank, Esquire*
              KAREN S. FRANK
Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.

The Court rules as follows:

The Request to Vacate the Initial Case Management Conference is GRANTED.

IT IS SO ORDERED.

DATED: 13 March, 2006.

                    THE HONORABLE BERNARD ZIMMERMAN