UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SHABBY INC., et al.,<br><br>　　　　Defendant(s). | No. C05-4658 BZ<br><br>**ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiffs' motion for default judgment is set for **Wednesday, April 19, 2006**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. See 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.

G:\BZALL\-BZCASES\BROADCAST\DEFJUDG.SCH.ORD.wpd    1

1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)).

Plaintiffs should be prepared to prove their damages by competent testimony or other admissible evidence.  If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendants should attend the hearing if they contest the validity or amount of plaintiffs' claim.  Seven days before the hearing, on **Wednesday, April 12, 2006**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve defendants with notice of this hearing.

Dated:   March 13, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BROADCAST\DEFJUDG.SCH.ORD.wpd