UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC., et al., )
)
Plaintiff(s), )    No. C05-4658 BZ
)
v. )    **ORDER REASSIGNING CASE TO DISTRICT JUDGE**
)
SHABBY INC., et al., )
)
Defendant(s). )

This case was assigned to me for all proceedings including trial.  Defendants have not consented to the jurisdiction of a United States Magistrate Judge.  In view of my Report and Recommendation dated April 27, 2006, the clerk shall **REASSIGN** this case immediately to a United States District Judge.

Dated:  April 27, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BROADCAST\REASSIGN.wpd

1