IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | No. C 05-04658 CRB |
| Plaintiffs, | **ORDER GRANTING DEFAULT JUDGMENT** |
| v. | |
| SHABBY INC., et al, | |
| Defendants. | |

Now pending before the Court is Magistrate Judge Bernard Zimmerman's Report and Recommendation of April 27, 2006, recommending that the Court grant Broadcast Music, Inc.'s motion for default judgment in this copyright infringement action. After carefully considering the recommendation and BMI's moving papers, the Court adopts in full the Report and Recommendation and hereby GRANTS the motion for default judgment against defendants in the amount of $25,000 in statutory damages and $4,558.55 in attorneys' fees and costs. In addition, the Court hereby enjoins defendants from further infringing plaintiff's copyrighted music.

**IT IS SO ORDERED.**

Dated: May 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4658\order re default judgment.wpd